Alecia Whitaker Winfield, Bar No. 209661
awinfield@littler.com
Jamar D. Davis, Bar No. 340949
jddavis@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorney for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIN ESRAELIAN, as an individual, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPAN, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF SUSAN K. BUCKLEY IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C SECTION 1332, 1441 AND 1446.**<br><br>Complaint Filed December 8, 2021, (Los Angeles County Superior Court, Case No. 21STCV44620) |

## DECLARATION OF SUSAN K. BUCKLEY

I, Susan K. Buckley, hereby declare as follows:

1. I am employed by Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("Defendant" or "Goodyear") as the Payroll Operations Manager for Goodyear North America and make this declaration in that capacity and in support of Goodyear's Notice of Removal. As the Payroll Operations Manager for Goodyear North America, I have personal knowledge of and have access to information regarding Goodyear's organization, general corporate structure, operations, workforce, general business affairs, and employee personnel information. This

4853-6075-5722.2 / 056530-1322

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECLARATION OF SUSAN K. BUCKLEY ISO REMOVAL

1. Declaration is based upon my personal knowledge and my review of records available to me as they are kept in the ordinary course of business, including records pertaining to Plaintiff and other employees, information obtained from other employees upon whom I regularly rely in the ordinary course of business, and/or my general knowledge of Defendant's business practices. If called and sworn as a witness, I could and would competently testify regarding all of the information set forth herein.

2. Goodyear is not a state, state official, or other governmental entity. At the time of filing of this action, Goodyear was and remains a publicly traded corporation incorporated in the State of Ohio. Goodyear is not, and was not, incorporated in the State of California at the time of filing of this action.

3. At the time of filing of this action, Goodyear's principal place of business was and remains in the State of Ohio. Goodyear's corporate headquarters was and remains located in Akron, Ohio, where the majority of its executive and administrative functions are performed, including corporate governance, Human Resources, payroll, accounting, and marketing.

4. Through my position as Payroll Operations Manager for Goodyear North America, I am able to request current and historical reports through our Human Resources and payroll systems, which includes information concerning wages, titles, hire/termination dates, and names of non-exempt personnel who have separated from Goodyear since December 8, 2017.

5. Based on my review of reports available to me, since December 8, 2017, Goodyear has employed approximately 1,822 non-exempt employees.

6. At least 807 employees have separated from Goodyear since December 8, 2018. Based on my review of reports available to me, the average pay rate for employees who separated from Goodyear since December 8, 2018 is $16.66.

7. Based on my review of reports kept in the ordinary course of business, Goodyear has employed at least 859 non-exempt employees since December 8, 2020.

8. Based on my review of reports available to me, for the 859 non-exempt employees Goodyear has employed since December 8, 2020, a reasonable estimate for the number of pay periods worked by those employees is 26,359 pay periods.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated this 19 day of January, 2022 at Akron, Ohio.

*Susan K. Buckley*
Susan K. Buckley

LITTLER MENDELSON P.C.
Attorneys at Law
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4853-6075-5722.2 / 056530-1322

3

DECLARATION OF SUSAN K. BUCKLEY ISO REMOVAL