Alecia Whitaker Winfield, Bar No. 209661
awinfield@littler.com
Jamar D. Davis, Bar No. 340949
jddavis@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorney for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIN ESRAELIAN, as an individual, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPAN, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF ALECIA WHITAKER WINFIELD IN SUPPORT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C SECTION 1332, 1441 AND 1446.**<br><br>Complaint Filed December 8, 2021, (Los Angeles County Superior Court, Case No. 21STCV44620) |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4881-9276-3146.1 / 056530-1322

DECLARATION OF ALECIA W. WINFIELD ISO REMOVAL

# DECLARATION OF ALECIA WHITAKER WINFIELD

I, Alecia Whitaker Winfield, do hereby declare and as follows:

1. I am a shareholder with the law firm of Littler Mendelson, a Professional Corporation, counsel for Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("Defendant" or "Goodyear") in the above-entitled matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Central District. Except where otherwise indicated, all of the information contained herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of the Complaint filed in *Arin Esraelian v. The Goodyear Tire & Rubber Company and Does 1 to 50* in the Los Angeles Superior Court, Case No. 21STCV44620.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of the documents served on Goodyear on December 22, 2021, in the matter of *Arin Esraelian v. The Goodyear Tire & Rubber Company and Does 1 to 50* in the Los Angeles Superior Court, Case No. 21STCV44620, which includes: Summons, Complaint, Plaintiff's Notice of Labor Code Violations Pursuant to Labor Code Sections 2698 *et. seq.*, Alternative Dispute Resolution (ADR) Information Package, Voluntary Efficient Litigation Stipulations, Order Pursuant to CCP 1054(a) Extending Time to Respond by 30 Days When Parties Agree to Early Organizational Meeting Stipulation, Civil Case Cover Sheet and Addendum, and Notice of Case Assignment that was served on Defendant through its agent for service of process.

4. Attached hereto as **Exhibits "C" – "E"** are additional documents filed in the instant case:

   Exhibit C:   Initial Status Conference Order and Minute Order re Initial Status Conference

   Exhibit D:   Proof of Service of Summons and Complaint

   Exhibit E:   Notice of Minute Order and Initial Status Conference

LITTLER MENDELSON P.C.
Attorneys at Law
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4881-9276-3146.1 / 056530-1322

2

DECLARATION OF ALECIA W. WINFIELD ISO REMOVAL

5. Attached hereto as **Exhibit "F"** is a true and correct copy of Goodyear's Answer filed on January 19, 2022.

6. To my knowledge, Exhibits A through F constitute all process, pleadings, and orders served upon Defendant or filed in the State Court action.

7. Contemporaneously with the filing of this notice of removal in the United States District Court for the Central District of California, written notice of such filing will be given to Plaintiff's counsel of record and a copy of the notice of removal will be filed with the clerk of the court for the Superior Court of the County of Los Angeles.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated this 20th day of January, 2022 at Los Angeles, California.

*/s/ Alecia W. Winfield*
Alecia Whitaker Winfield

LITTLER MENDELSON P.C.
Attorneys at Law
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4881-9276-3146.1 / 056530-1322

3

DECLARATION OF ALECIA W. WINFIELD ISO REMOVAL