Alecia Whitaker Winfield, Bar No. 209661
awinfield@littler.com
Jamar D. Davis, Bar No. 340949
jddavis@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California  90067.3107
Telephone:  310.553.0308
Fax No.:      310.553.5583

Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIN ESRAELIAN, as an individual, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:22-cv-00413-JFW-JPR<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECLARATION OF LEAD TRIAL COUNSEL   1   CASE NO: 2:22-CV-00413-JFW-JPR

# DECLARATION OF ALECIA WINFIELD

I, Alecia Winfield, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice in the State of California and the United States District Court for the Central District of California. I am a shareholder with Littler Mendelson P.C., counsel of record for Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("Defendant"). I have personal knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

2. I am serving as Lead Trial Counsel for Defendant in the above-referenced matter.

3. I am registered as a "CM/ECF User" in the United States District Court for the Central District of California.

4. My email address of record is AWinfield@littler.com.

5. I have read the Court's Standing Order and Local Rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed on January 28, 2022 at Los Angeles, California.

Dated:   January 28, 2022

LITTLER MENDELSON, P.C.

*/s/Alecia W. Winfield*
Alecia Whitaker Winfield
Jamar D. Davis

Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY

4871-5705-8827.1 / 056530-1322

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

DECLARATION OF LEAD TRIAL COUNSEL — 2 — CASE NO: 2:22-CV-00413-JFW-JPR