*Note Change Made by Court*

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIN ESRAELIAN, as an individual, and on behalf of all similarly situated employees,<br><br>   Plaintiff,<br><br>   v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>   Defendants. | CASE NO. 2:22–cv–00413-JFW-JPRx<br><br>**ORDER TO REMAND THE MATTER TO STATE COURT IN LIGHT OF SETTLEMENT AND VACATE ALL PROCEEDINGS PENDING REMAND** |

**ORDER**

   Having read and considered the Parties' Joint Stipulation to Remand this Action to the Los Angeles County Superior Court and GOOD CAUSE appearing, the Court hereby approves the Parties' stipulation and ORDERS as follows:

   1.   The above-captioned action, *Arin Esraelian v. The Goodyear Tire & Rubber Company*, shall be remanded to the Los Angeles County Superior Court.

   2.   All deadlines shall be vacated.

   **IT IS SO ORDERED.**

Dated: September 16, 2022

_____
HON. JOHN F. WALTER
United States District Court Judge